UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LAKE dba MACHINERY BUILDERS CONSULTING,<br><br>                Plaintiff,<br><br>v.<br><br>SEAGULL OF VOLUSIA COUNTY, INC., et al,<br><br>                Defendants. | Civil No.   06cv1189-LAB(POR)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND SCHEDULING SETTLEMENT CONFERENCE** |

On October 3, 2006, the Court held a Case Management Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Philip Asiano appeared on behalf of Plaintiff, and Joseph Dicks appeared on behalf of Defendant. Counsel represented that additional time is needed to consult with their clients about the possibility of settlement. Based thereon, the Court hereby schedules a Settlement Conference on **October 5, 2006** at **9:30 a.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: October 4, 2006

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   District Judge
       all parties