UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LAKE dba MACHINERY BUILDERS CONSULTING,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SEAGULL OF VOLUSIA COUNTY, INC., et al,<br><br>　　　　　　　　　Defendants. | Civil No.   06cv1189-LAB(POR)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

On October 25, 2006, counsel for all parties contacted the Court and requested that the Settlement Conference currently scheduled for October 26, 2006 at 9:30 a.m. be rescheduled. Counsel represented they need additional time to prepare for the conference. Based thereon and the parties' stipulation, the Court finds good cause to reschedule the conference to **October 30, 2006** at **2:00 p.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: October 25, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc: District Judge
　　all parties

- 1 -　　　　　　　　　　　　　　　　　　　　　　　06cv1189