# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LAKE, dba MACHINERY BUILDERS CONSULTING, a Sole Proprietorship,<br><br>    Plaintiff,<br>vs.<br><br>SEAGULL OF VOLUSIA COUNTY, INC., a Florida Corporation; WOLFGANG UNGER, an Individual,<br><br>    Defendants.<br><br>SEAGULL OF VOLUSA COUNTY, INC., a Florida Corporation,<br><br>    Cross-Complainant,<br>vs.<br>RICK LAKE dba MACHINERY BUILDERS CONSUSLRTING, a Sole Proprietorship,<br><br>    Cross-Defendant. | CASE NO. 06cv1189-LAB (POR)<br><br>**ORDER APPROVING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

    On March 7, 2007, Plaintiff submitted a request for approval of withdrawal of Philip Asiano as counsel for Plaintiff, and substitution of Plaintiff *in propria persona*. The request was signed by both Philip Asiano and Plaintiff, and accompanied by proof of service on opposing counsel as required by Civil Local Rule 83.3(g)(3)(a). The Court hereby **APPROVES** the withdrawal and substitution.

1    Plaintiff is **ORDERED** forthwith to file a notice of address giving his current address and, if
2    available, telephone number.
3    Plaintiff is reminded he will be expected to comply with all scheduled dates and with all
4    applicable rules and orders, including the Federal Rules of Civil Procedure, the Civil Local Rules, and
5    this Court's own standing order. Plaintiff should not rely on this substitution as a reason for requesting
6    continuances or extensions of time.

8    **IT IS SO ORDERED**.
9    DATED: April 9, 2007

11   **HONORABLE LARRY ALAN BURNS**
     United States District Judge