# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LAKE, dba MACHINERY BUILDERS CONSULTING, a Sole Proprietorship,<br><br>        Plaintiff,<br>v.<br><br>SEAGULL OF VOLUSIA COUNTY, INC., a Florida Corporation; WOLFGANG UNGER, an Individual,<br><br>        Defendants.<br><br><br>SEAGULL OF VOLUSIA COUNTY, INC., a Florida Corporation,<br><br>        Cross-Complainant,<br><br>    vs.<br><br>RICK LAKE dba MACHINERY BUILDERS CONSULTING, a Sole Proprietorship,<br><br>        Cross-Defendant. | Case No. 06 CV 1189-LAB (POR)<br><br>**ORDER ENTERING JUDGMENT IN FAVOR OF DEFENDANT WOLFGANG UNGER** |

   This cause came before the Court on Defendant Wolfgang Unger's motion for summary judgment, which the Court granted on July 16, 2007. On August 31, 2007, Defendant Unger

1

Case No. 06 CV 1189-LAB (POR)
SUMMARY JUDGMENT

1  / / /

2  moved *ex parte* for entry of judgment under Fed. R. Civ. P. 54(b), and Plaintiff has not opposed the request.

3  Pursuant to ¶ 8 of the Court's standing order, any *ex parte* motion not opposed within two days may be considered unopposed and may be granted on that ground.

4  With the grant of summary judgment, no claims to which Defendant Unger is a party remain in this case. The Court determines there is no just reason to delay the entry of judgment as to Defendant Unger.

5  The Court therefore **ORDERS** that judgment be entered in favor of Defendant Wolfgang Unger. Pursuant to Fed. R. Civ. P. 54(d)(1) and Civil Local Rule 54.1., Defendant Unger is entitled to costs. Although Defendant Unger included attorneys' fees in his proposed judgment, he did not request them by motion, as required under Fed. R. Civ. P. 54(d)(2)(A); thus, the Court does not award them at this time.

**IT IS SO ORDERED.**

DATED: September 7, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge